No. A–138 (89–127). CASTIGLIONE v. UNITED STATES. C. A. 9th Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–179 (89–352). SILVERSTEIN v. NEW YORK. Ct. App. N. Y. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $4,313.43 for the period April 1 through June 30, 1989, to be paid equally by the parties. [For earlier order herein, see, e. g., 492 U. S. 915.]

No. 74, Orig. GEORGIA v. SOUTH CAROLINA. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., 490 U. S. 1033.]

No. 87–1387. WARDS COVE PACKING CO., INC., ET AL. v. ATONIO ET AL., 490 U. S. 642. Motion of respondents to retax costs denied.

No. 87–2048. TEXACO INC. v. HASBROUCK, DBA RICK'S TEXACO, ET AL. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1105.] Motion of National Coalition of Petroleum Retailers for leave to file a brief as amicus curiae granted.

No. 88–790. TURNOCK, DIRECTOR OF THE ILLINOIS DEPART-MENT OF PUBLIC HEALTH, ET AL. v. RAGSDALE ET AL. C. A. 7th Cir. [Probable jurisdiction postponed, 492 U. S. 916.] Motion of Alan Ernest for leave to represent children unborn and born alive denied. Motion of Legal Defense for Unborn Children for leave to file a brief as amicus curiae denied. Motion of Larry Joyce for leave to participate in oral argument as amicus curiae, for divided argument, and for additional time for oral argument denied. JUSTICE STEVENS took no part in the consideration or decision of these motions.